Eastern District of Kentucky
**F I L E D**

FEB 1 1 2013

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**HEATHER WHITSON**
8607 Ellingsworth Way
Florence, KY 41042

      Plaintiff

vs.

**ALERE, INC.**
51 Sawyer Road
Suite 200
Waltham, MA 02453

      Defendant

Civil Action No. 2:13-cv-20-DLB

**COMPLAINT WITH JURY DEMAND**

1. Plaintiff Heather Whitson, resides at 8607 Ellingsworth Way, Florence, Kentucky.

2. Alere, Inc. is a corporation headquartered in Waltham, Massachusetts doing business at 8607 Ellingsworth Way, Florence, Kentucky.

3. Plaintiff was employed by Defendant in Florence, Kentucky as a Regional Sales Manager.

4. In 2010 Plaintiff was suspended because of a disability and was then classified as having a short term disability. Subsequently she was classified as having a long term disability.

5. On March 18, 2011 she was terminated because of her disability in violation of the Americans with Disabilities Act (ADA).

6. Subsequently she filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) and she was issued a right to sue letter on November 13, 2012.

7. As a result of her dismissal, Plaintiff has suffered substantial economic and emotional damage.

WHEREFORE, Plaintiff prays for an award of damages.

Respectfully submitted,

*Heather Whitson*
Heather Whitson
8607 Ellingsworth Way
Florence, KY 41042
(859) 466-2197
Pro Se

## JURY DEMAND

Plaintiff requests a trial by jury on all issues triable to a jury.

*Heather Whitson*
Heather Whitson
Pro Se