Eastern District of Kentucky
**F I L E D**

JAN 13 2014

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**U.S. District Court**
**Eastern District of Kentucky (Covington)**

| | |
|---|---|
| Heather Whitson | Civil Case No. 2:13-cv-00020-DLB-CJS |
| Plaintiff, | |
| vs. | Judge David L. Bunning |
| Alere Inc. | |
| Defendant. | **STIPULATION OF DISMISSAL** |

Pursuant to the parties' Confidential Settlement Agreement and Release (the "Agreement"), Plaintiff, Heather Whitson, hereby voluntarily dismisses all claims in the above-captioned case with prejudice. Each party is responsible for their own court costs, attorneys' fees and expenses. This Court will retain jurisdiction to address any disputes concerning the Agreement.

It is therefore ORDERED, ADJUDGED and DECREED that the case be and hereby is DISMISSED with prejudice.

1/13/14

Signed By:
David L. Bunning
United States District Judge

U.S. District Court Judge David L. Bunning

1

Agreed by:

/s/ Emily A. Smith
STEPHEN S. ZASHIN (Ohio Bar 0064557)
55 Public Square, Floor 4
Cleveland, Ohio 44113
T: 216.696.4441
F: 216.696.1618
E: ssz@zrlaw.com

and

EMILY A. SMITH (Ohio Bar 0075044)
17 South High Street, Suite 750
Columbus, Ohio 43215
T: 614.224.4411
F: 614.224.4433
E: eas@zrlaw.com

*Attorneys for Defendant*

/s/ W. Kash Stilz, Jr.
William Kash Stilz, Jr.
Roush & Stilz, PSC
19 W Eleventh St
Covington, KY 41011
T: 859-291-8400
F: 859-291-6555
E: kash@roushandstilzlaw.com

*Attorneys for Plaintiff*